# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
HERA ARMENIAN, BAR NO. 12322.

No. 78343

FILED

APR 12 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DECLINING TO SUSPEND OR REFER*

This is a petition under SCR 111 concerning attorney Hera Armenian, based on a conviction for one count of driving under the influence, a misdemeanor. Armenian self-reported the conviction to the State Bar. Although the State Bar is not required to file a petition under SCR 111 upon being advised of an attorney's "first-time conviction for a misdemeanor traffic violation involving alcohol," SCR 111(4), the petition filed in this matter indicates that this is not Armenian's first such offense. Our records confirm that Armenian has been previously convicted of a misdemeanor traffic violation involving alcohol. *In re Discipline of Armenian*, Docket No. 71741 (Order Declining to Impose Temporary Suspension, Dec. 15, 2016). Accordingly, bar counsel was required under SCR 111(4) to present this matter to a hearing panel before filing this petition. Bar counsel did so.

Because misdemeanor driving under the influence is not one of the crimes specifically enumerated in SCR 111(6) as a "serious" crime, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9). Having considered the petition and supporting documentation, we conclude that Armenian's offense does not warrant the imposition of a temporary suspension at this time. And

19-16081

because bar counsel has presented this matter to a hearing panel as required by SCR 111(4), a separate referral to a disciplinary board is not necessary. The hearing panel shall proceed as proposed in the panel's order entered on March 13, 2019.[1]

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Cadish

cc: Chair, Southern Nevada Disciplinary Board
Bar Counsel, State Bar of Nevada
Hera Armenian

---

[1]The clerk of this court shall detach the Motion to Seal that is attached to the petition and file it. Cause appearing, the motion is granted as to Exhibits 2 and 4. *See* SCR 121(1)-(2). The clerk shall file Exhibits 2 and 4 under seal. The petition and the remaining exhibits are public. *See* SCR 121(6).